FILED
CLERK, U.S. DISTRICT COURT
JUN - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Jose Ramos<br><br>    Defendant. | 11 - 1289 A<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The Court concludes that:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

____CONTINUED DRUG USE____

_____

_____

_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

____WALKAWAY FROM REHAB____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATE: 6/7, 2011

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2